IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HARRISBURG AUTHORITY, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil No. 4:08-cv-180 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| CIT CAPITAL USA, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

June 27, 2012

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of CIT and Aireal and against THA in the amount of $19,300,027.40, plus interest, since January 4, 2012, in addition to post-judgment interest and shall be paid in full by THA prior to any further payments by THA to its bondholders.

2. The Clerk is instructed to **CLOSE** this case.

s/ John E. Jones III<br>
John E. Jones III<br>
United States District Judge